# IN THE
# UNITED STATES DISTRICT COURT OF MASSACHUSETTS

Case no: _____

| | |
|---|---|
| Charles-Henry-Ireland: Foltz | For: Conspiracy against rights and Deprivation of Rights Under Color of Law |
| v. | |
| THE COMMONWEALTH OF MASSACHUSETTS | |

## Common Law Equity Claim for Declatory Judgment

### Identification of the Parties:

**Plaintiff:** The Loving Man, Charles-Henry-Ireland of the Family Foltz, registered Authorized Representative, Cestui Que Vie of the public trust: CHARLES HENRY IRELAND FOLTZ TRUST ©, true "Defendant" alleged in matters initiated by the ORLEANS DISTRICT COURT CORPORATION, subsidiary of:

**Defendant:** -THE COMMONWEALTH OF MASSACHUSETTS CORPORATION, a corporate fiction created as Trustee and service entity for The People of The Land Known as The United States of America. Defendant is an inanimate creation of the mind of The Loving People and has no voice or volition of its own in relation to the superior nature and standing of the Loving Man, Plaintiff in this matter. Any Agent that may purport to speak for said inanimacy is guilty of criminal fraud, with exception of full agreement with Plaintiff's demands.

## Common Law ~~Equity~~ Claim for Declatory Judgement

### Jurisdiction and Venue:

In the venue of The People known as THE UNITED STATES DISTRICT COURT OF MASSACHUSETTS, jurisdiction is granted by The Loving Man, Plaintiff in Common Law Equity to be proper in this matter involving Loving Plaintiff being harmed by Agents of The civilly dead Defendant corporate fiction. The present "one form of action" rule is disallowed for being prejudicial and destructive to Plaintiff's true standing as it converts his identity to that of the corporate civilly dead and then applies false bonds of statute and "code" to restrict and limit his powers of Remedy and relief. As the harms inflicted upon Plaintiff have been by Agents of the dead upon the rights of the Living, Plaintiff's rights and true standing must be preserved in order for justice and ~~equity~~ to prevail against potential further abuses by Agents in resolution of these matters.

### Statement of Facts

In regards to matters initiated by Agents of the ORLEANS DISTRICT COURT CORPORATION #'s 1926CR000072; 2026CR000080; 2126CR000730 and 2126OR0256, (fraudulently joindered), The record has been exhaustively compounded, gone unrebutted and Defaulted by Defendant/Respondents

page 2 of 4

Common Law Equity Claim for Declatory Judgment

As shown in File/Contract #FOL111Nov12021, Served upon C.J. Kimberly S. Budd SJC., C.J. Kathryn E. Hand of District Appellate Court, and Robert A Welsh III of O.D.C., Collectively, "Respondents".

On October 14th, 2021, Habeas Corpus ad Subjiciendum Writs were served upon Respondents as has now also been served on this U.S.D.C. along with this claim. These Writs were received by Respondents no later than October 19th, 2021. Irrespective of modern corruptions and dilutions of the writ's original power and purpose, in favor of present tendencies favoring predatory corporate rule, Plaintiff claims right of precedence in the definition " a high prerogative writ to obtain immediate relief from illegal confinement, to liberate those imprisoned without sufficient cause and to deliver them from unlawful custody " 25 Am J2d Hab §2. By said precedent, Respondents had three days to rule, which they collectively and disparately have not done. On October 29th, ODC Clerks scheduled a hearing on the writ, which, upon appearance by this Plaintiff was discontinued on falsified grounds by ODC Agent Robert Welsh III, thereby deliberately and maliciously denying justice to Plaintiff

page 3 of 4

<u>Common Law Equity Claim for Declatory Judgment</u> on an hostorical pattern of such denials as well documented on the record. As to Respondents Budd and Hand, no response has been yet forthcoming as of this date.

Therefor, the record being clear and unequivocal for intentional and malicious Conspiracy against rights under Title 18 Part 1 CH 13 §241 and Deprivation of Rights Under Color of Law under §242 for on action and denial of Law and fiduciary duty, causing fully noticed, intentional and irreversible harm to Plaintiff's Life, Liberty and property, the following Remedy is demanded and required by Plaintiff in the interest of justice and security for the plaintiff, The People and Society:

<u>Remedy and Relief required:</u>
That the Defendent "COMMONWEALTH", being foreign to Plaintiff be ordered to award for pain, suffering, Loss of Life and property, punitive damages in the amount of $10,000,000, (ten million USD) on accord with USC 411 as Plaintiff does not endorse the debt of the foreign corporate Defendant.

Given by Affidavit under penalty of perjury
By: Charles-Harry-Ireland:Foltz
November 07, 2021

page 4 of 4